# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 188 WAL 2023

       Respondent                 :

                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

           v.                     :

                                       :

MARTHA FENCHAK BELL,            :

           Petitioner              :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of December, 2023, the Petition for Allowance of Appeal is **DENIED**.